1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  NOAH STERN (CABN 297476)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3713
7      FAX: (510) 637-3724
       Noah.Stern@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,              )  NO. 21-MJ-70416-MAG
                                           )
14          Plaintiff,                     )  STIPULATION TO CONTINUE STATUS
                                           )  HEARING AND EXCLUDE TIME FROM
15      v.                                 )  OCTOBER 29, 2021 TO DECEMBER 2, 2021 AND
                                           )  [PROPOSED] ORDER
16  NELSON ENRIKE RAMIREZ,                 )
                                           )
17          Defendant.                     )
                                           )
18  _____

19         It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant Nelson Enrike Ramirez, that the status hearing scheduled for October 29, 2021 be vacated and

21  rescheduled for December 2, 2021.  The parties further stipulate that time be excluded under the Speedy

22  Trial Act from October 29, 2021 through December 2, 2021 and, with the consent of the defendant,

23  there is good cause for extending the time limits for a preliminary hearing under Federal Rule of

24  Criminal Procedure 5.1.

25         The government has produced most of the discovery in the case, which is voluminous and

26  counsel for the defendant needs additional time to review with the defendant.  The parties are also

27  discussing a potential resolution to the case.  For these reasons the parties request that the status hearing

28  be continued until December 2, 2021, and the government and counsel for the defendant agree that time

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 21-MJ-70416-MAG                                                    v. 7/10/2018

1   be excluded under the Speedy Trial Act, and the deadlines under Federal Rule of Criminal Procedure 5.1

2   be extended, so that defense counsel could continue to prepare, including by reviewing the discovery

3   already produced.  For this reason the parties stipulate and agree that excluding time until December 2,

4   2021 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

5   further stipulate and agree that the ends of justice served by excluding the time from October 29, 2021

6   through December 2, 2021 from computation under the Speedy Trial Act outweigh the best interests of

7   the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8          The parties further stipulate that, with the consent of the defendant, there is good cause for

9   extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for

10   extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P.

11   5.1; 18 U.S.C. § 3161(b).

12          The undersigned Assistant United States Attorney certifies that he has obtained approval from

13   counsel for the defendant to file this stipulation and proposed order.

14

15          IT IS SO STIPULATED.

16   DATED:     October 27, 2021            /s/

17   NOAH STERN
    Assistant United States Attorney

18

19   DATED:     October 27, 2021            /s/
    JOHN PAUL REICHMUTH
    Counsel for Defendant NELSON ENRIKE

20       RAMIREZ

21

22

23

24

25

26   //

27   //
  //

28

1

**[~~PROPOSED~~] ORDER**

2          Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3   Court vacates the status conference scheduled for October 29, 2021 at 1:00 p.m. and reschedules it for

4   December 2, 2021 at 1:00 p.m.  The Court further finds that failing to exclude the time from October 29,

5   2021 through December 2, 2021 would unreasonably deny defense counsel and the defendant the

6   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7   18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the

8   time from October 29, 2021 through December 2, 2021 from computation under the Speedy Trial Act

9   outweigh the best interests of the public and the defendant in a speedy trial.  For the same reasons, the

10   Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of

11   Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy

12   Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161.  Therefore, and with the consent of the parties, IT

13   IS HEREBY ORDERED that the time from October 29, 2021 through December 2, 2021 shall be

14   excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18

15   U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

16          IT IS SO ORDERED.

17

18   DATED: __October 28, 2021_____

19                                                    HON. ROBERT M. ILLMAN
                                                       United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [~~PROPOSED~~] ORDER
Case No. 21-MJ-70416-MAG                                                    v. 7/10/2018